STATE of Vermont v. Henry C. HASTINGS, No. 313-79

February 22, 1980. Appellant's motion to proceed in forma pauperis is granted with respect to

entry fees and other costs, which shall not include the cost of the transcript.

Daley, J.